IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 08-cr-106-bbc |
| v. | |
| JOHNNY BRUCE MATHEWS, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Johnny Bruce Mathews has filed a motion pursuant to 18 U.S.C. § 3582, seeking a modification of the sentence imposed upon him on April 6, 2009 and amended on August 17, 2010. Unfortunately for defendant, he is not eligible for a reduction under a change in the guidelines.

When defendant was sentenced in 2009, he received a statutory mandatory term of 20 years in prison. That mandatory minimum is not affected by the amendment to the sentencing guidelines, which lowered and made retroactive the sentencing guideline ranges for certain offenses involving crack cocaine. Only Congress can reduce a statutory penalty; the Sentencing Commission's authority is limited to changes in guideline calculations.

1

ORDER

IT IS ORDERED that defendant Johnny Bruce Mathews's motion for modification of sentence under 18 U.S.C. § 3582 is DENIED.

Entered this 1st day of March, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge